## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV21–1847-JPR | Date | April 22, 2021 |
|---|---|---|---|
| Title | Linda McMahon v. Marriott International, Inc. | | |

| Present: The Honorable | Jean P. Rosenbluth, United States Magistrate Judge |
|---|---|

| Bea Martinez | CS 4/22/2021 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Alexandra M. Irons | Derik A. Sarkesians |

**Proceedings:**   (IN COURT): Plaintiff's Motion to Remand Case to Los Angeles Superior Court  (held telephonically)

Case is called.  Counsel make their appearances. Court addresses parties. Argument heard.

The Court takes Plaintiff's Motion to Remand Case to Los Angeles Superior Court under submission.

|  | : | 42 |
|---|---|---|
|  | Initials of Preparer | bm |